No. 68477.—Alsi, Inc., and Hoyt, Shepston & Sciaroni et al. *v.* United States, protests 61/16660, etc. (San Francisco).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of Mini Bachi stoves similar in all material respects to those the subject of Abstract 67238, the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, APRIL 22, 1964

No. 68478.—E. F. Clements and Frank P. Dow Co., Inc., et al. *v.* United States, protests 62/15731, etc. (San Francisco).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

No. 68479.—Universal Enterprises *v.* United States, protests 63/9682 and 63/10668 (Los Angeles).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.